| ⹀PROB 22<br>(Rev. 2/88) | FILED<br>TRANSFER OF JURISDICTION<br>CHAP... | | DOCKET NUMBER *(Tran. Court)*<br>3:01CR00087-03 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>CR 07 0521 MMC |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Brandie Soto<br>Cornell Corrections Center, 111 Taylor Street<br>San Francisco, CA 94102 | DISTRICT<br>ND/IN | DIVISION | |
| | NAME OF SENTENCING JUDGE<br>Honorable Robert L. Miller, Jr. | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>07/13/2007 | TO<br>07/12/2009 |

OFFENSE

Interstate Transportation in Aid of Racketeering   18:1952(a)(3)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_July 17, 2007_         _[signature]_
Date                    United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-3-07_         _[signature]_
Effective Date    United States District Judge