| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:01CR00087-08 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| Brandie Soto | NDIN | | |
| Cornell Corrections Center, 111 Taylor Street | NAME OF SENTENCING JUDGE | | |
| San Francisco, CA 94102 | Honorable Robert L. Miller, Jr. | | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/13/2007 | TO 07/12/2009 |
|---|---|---|---|

**OFFENSE**

Interstate Transportation in Aid of Racketeering   18:1952(a)(3)

FILED
AUG 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN  DISTRICT OF INDIANA

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2007
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern District of California

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-3-07
*Effective Date*

*United States District Judge*

FILED
IN OPEN COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NOV 1 - 2001

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| BRENT MISHLER | (01) ) | 21 U.S.C. § 841(b)(1)(C) |
| TRACIE SAMUELS | (02) ) | 21 U.S.C. § 846 |
| BRANDIE SOTO | (03) ) | 18 U.S.C. § 1952(a)(3) |
| a/k/a Brandie Folres | ) | 18 U.S.C. § 1956 (a)(1)(A)(i) |
| a/k/a Brandie Flores | ) | 18 U.S.C. § 924 (c)(1)(A) |
| DANIEL SOTO | (04) ) | 18 U.S.C. § 2 |
| a/k/a Daniel Folres | ) | |
| a/k/a Daniel Flores | ) | |
| JULIO VALADEZ | (05) ) | |
| MARCO ANTONIO VALADEZ | ) | |
| a/k/a Tony Valadez | (06) ) | |

**3:01CR0087RM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By_____
DEPUTY CLERK
Date_____8/13/07_____

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning in or around May of 2000, the exact date being unknown to the grand

jury and continuing thereafter, up to and including August of 2000, the exact date being

unknown to the grand jury, in the Northern District of Indiana and elsewhere,

**BRENT MISHLER**
**TRACIE SAMUELS**
**BRANDIE SOTO a/k/a Brandie Folres a/k/a Brandie Flores**
**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**
**JULIO VALADEZ**
**MARCO ANTONIO VALADEZ a/k/a Tony Valadez**

defendants herein, did knowingly and intentionally and unlawfully combine, conspire,

confederate, and agree with each other and other individuals, whose names are both

known and unknown to the grand jury, to knowingly and intentionally distribute and to

possess with intent to distribute controlled substances, to-wit: cocaine and a mixture and substance containing a detectable amount of methamphetamine in excess of 50 grams, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about May 31, 2000, in the Northern District of Indiana and elsewhere,

**BRANDIE SOTO a/k/a Brandie Folres a/k/a Brandie Flores**
**and**
**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**

defendants herein, did knowingly conduct and attempt to conduct a financial transaction

affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire

transfer in the amount of $1,100 from Indiana to California which involved the proceeds

of a specified unlawful activity, that is the knowing and intentional distribution of

cocaine, a Schedule II controlled substance, with the intent to promote the carrying on of

specified unlawful activity, and that while conducting and attempting to conduct such

financial transaction knew that the property involved in the financial transaction, that is

monetary instruments in the amount of $1,100 represented some form of unlawful

activity, the distribution of cocaine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or around May 31, 2000, in the Northern District of Indiana,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about June 18, 2000, in the Northern District of Indiana and elsewhere,

**TRACIE SAMUELS**
**and**
**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**

defendants herein, did knowingly conduct and attempt to conduct a financial transaction

affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire

transfer in the amount of $3,100 from Indiana to California which involved the proceeds

of a specified unlawful activity, that is the knowing and intentional distribution of

methamphetamine, Schedule II controlled substance, with the intent to promote the

carrying on of specified unlawful activity, and that while conducting and attempting to

conduct such financial transaction knew that the property involved in the financial

transaction, that is monetary instruments in the amount of $3,100 represented some form

of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

In or around the Summer 2000, in the Northern District of Indiana and elsewhere,

**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**
**and**
**JULIO VALADEZ**

defendants herein, did knowingly and intentionally distribute and possess with the intent

to distribute a controlled substance, to-wit: cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or around June 20, 2000, in the Northern District of Indiana,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

In or around June 2000, the exact date being unknown to the grand jury, in the Northern District of Indiana,

### BRENT MISHLER
### and
### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about June 28, 2000, in the Northern District of Indiana and elsewhere,

### BRANDIE SOTO a/k/a Brandie Folres a/k/a Brandie Flores
### and
### DANIEL SOTO a/k/a Daniel Folres a/k/a Brandie Flores

defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire transfer in the amount of $3,100 from Indiana to California which involved the proceeds of a specified unlawful activity, that is the knowing and intentional distribution of methamphetamine, a Schedule II controlled substance, with the intent to promote the carrying on of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is monetary instruments in the amount of $3,100 represented some form of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9

On or around June 29, 2000, in the Northern District of Indiana,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly and intentionally distribute and possess with intent to

distribute a controlled substance, to-wit: a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10

On or about July 5, 2000, in the Northern District of Indiana and elsewhere,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores
### and
### JULIO VALADEZ

defendants herein, did knowingly conduct and attempt to conduct a financial transaction

affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire

transfer in the amount of $6,100 from Indiana to California which involved the proceeds

of a specified unlawful activity, that is the knowing and intentional distribution of

methamphetamine, a Schedule II controlled substance, with the intent to promote the

carrying on of specified unlawful activity, and that while conducting and attempting to

conduct such financial transaction knew that the property involved in the financial

transaction, that is monetary instruments in the amount of $6,100 represented some form

of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11

On or around July 7, 2000, in the Northern District of Indiana,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores
### and
### JULIO VALADEZ

defendants herein, did knowingly and intentionally possess with intent to distribute a

controlled substance, to-wit: a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12

In or around July 2000, in the Northern District of Indiana and elsewhere,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly use and carry a firearm, to-wit: a Beretta .45 caliber

handgun, Serial Number 067412MC, during and in relation to drug trafficking to-wit:

conspiracy to possess with intent to distribute and distribution of methamphetamine, a

Schedule II controlled substance (Title 21, U.S.C., Section 846).

In violation of Title 18, Unites States Code, Section 924(c)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13

In or around August 2000, the exact date being unknown to the grand jury, in the Northern District of Indiana and elsewhere,

**BRANDIE SOTO a/k/a Brandie Folres a/k/a Brandie Flores
and
DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**

defendants herein, did knowingly and intentionally travel in interstate or foreign commerce, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, to-wit: the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), by traveling from Indiana to California with funds derived from the sale of methamphetamine for the purpose of purchasing methamphetamine.

In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14

On or about August 17, 2000, in the Northern District of Indiana and elsewhere,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire transfer in the amount of $6,000 from Indiana to California which involved the proceeds of a specified unlawful activity, that is the knowing and intentional distribution of methamphetamine, a Schedule II controlled substance, with the intent to promote the carrying on of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is monetary instruments in the amount of $6,000 represented some form of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15

On or about August 17, 2000, in the Northern District of Indiana and elsewhere,

### BRANDIE SOTO a/k/a Brandie Folres a/k/a Brandie Flores
### and
### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores

defendants herein, did knowingly conduct and attempt to conduct a financial transaction

affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire

transfer in the amount of $6,000 from Indiana to California which involved the proceeds

of a specified unlawful activity, that is the knowing and intentional distribution of

methamphetamine, a Schedule II controlled substance, with the intent to promote the

carrying on of specified unlawful activity, and that while conducting and attempting to

conduct such financial transaction knew that the property involved in the financial

transaction, that is monetary instruments in the amount of $6,000 represented some form

of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 16**</u>

On or around August 20, 2000, in the Northern District of Indiana,

**BRENT MISHLER**
**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**
**and**
**JULIO VALADEZ**

defendants herein, did knowingly and intentionally distribute and possess with intent to

distribute a controlled substance, to-wit: a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 17

On or about August 24, 2000, in the Northern District of Indiana and elsewhere,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores
### and
### MARCO ANTONIO VALADEZ a/k/a Tony Valadez

defendants herein, did knowingly conduct and attempt to conduct a financial transaction

affecting interstate commerce, to-wit: the sending and receiving of a Western Union wire

transfer in the amount of $5,000 from Indiana to California which involved the proceeds

of a specified unlawful activity, that is the knowing and intentional distribution of

methamphetamine, a Schedule II controlled substance, with the intent to promote the

carrying on of specified unlawful activity, and that while conducting and attempting to

conduct such financial transaction knew that the property involved in the financial

transaction, that is monetary instruments in the amount of $5,000 represented some form

of unlawful activity, the distribution of methamphetamine.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 18

In or around late August 2000, the exact date being unknown to the grand jury in the Northern District of Indiana and elsewhere,

**DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores**
**and**
**MARCO ANTONIO VALADEZ a/k/a Tony Valadez**

defendants herein, did knowingly and intentionally travel in interstate or foreign commerce, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, to-wit: the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), by traveling from California to Indiana with methamphetamine a Schedule II controlled substance.

In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 19

In or around late August 2000, in the Northern District of Indiana,

### DANIEL SOTO a/k/a Daniel Folres a/k/a Daniel Flores
### MARCO ANTONIO VALADEZ a/k/a Tony Valadez
### and
### JULIO VALADEZ

defendants herein, did knowingly and intentionally distribute a controlled substance, to-

wit: a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 20

On or about August 31, 2000, in the Northern District of Indiana

### DANIEL SOTO a/k/a Daniel Foires a/k/a Daniel Flores

defendant herein, did knowingly use and carry firearms, to-wit: a Phoenix Arms .22

caliber handgun, Serial Number obliterated, and a Ruger .38 caliber handgun, Serial

Number 570-30895, during and in relation to drug trafficking to-wit: possession with

intent to distribute methamphetamine, a Schedule II controlled substance

(Title 21, U.S.C., Section 841(a)(1)).

In violation of Title 18, Unites States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
Foreperson

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: _____
Barbara Z. Brook
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

Northern District of Indiana

| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |
|---|---|
| BRANDIE SOTO aka Brandie Folres | Case Number: 3:01CR00087(03)RM |

Mark S. Lenyo
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)  13

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and office.
STEPHEN LUDWIG, CLERK

By  K. Catter

Da  8/13/07

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1952(a)(3) and 18:2 | Interstate Transportation in Aid of Racketeering, Aiding and | Aug. 2000 | 13 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)  1,2,8 and 15    ☐ is  X are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  11-19-70

Defendant's USM No.:   07048-027

Defendant's Residence Address:

1208 Dezzani Lane

Modesto, California 95358

Defendant's Mailing Address:

same as above

January 8, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

Robert L. Miller, Jr.    Judge
Name and Title of Judicial Officer

January 8, 2003
Date

Judgment — Page __2__ of ____5____

DEFENDANT:          BRANDIE SOTO aka Brandie Folres
CASE NUMBER:        3:01CR00087(03)RM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
sixty (60) months

X  The court makes the following recommendations to the Bureau of Prisons:

designate as the place of the defendant's confinement a facility which she might participate in drug counseling and treatment, and also
recommends that the Bureau of Prisons designate the Federal Camp at Dublin California as the place of the defendant's confinement
and if her security classification makes her eligible for such an assignment.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the U.S. Marshal for this district at (city), Indiana OR directly to the designated
   institution by (time) on (date).

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____  to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

Judgment—Page    3    of    5

DEFENDANT:       BRANDIE SOTO aka Brandie Folres
CASE NUMBER:     3:01CR00087(03)RM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term    two (2) years          .

---

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

X     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district or other specified geographic are without the permission of the court or probation officer.

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support the defendant's dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3B — Supervised Release

Judgment—Page ___4___ of ___5___

DEFENDANT:       BRANDIE SOTO aka Brandie Folres
CASE NUMBER:     3:01CR00087(03)RM

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

The defendant shall participate in a drug aftercare and/or mental health treatment program, which may include urine testing, under a co-payment plan under which the defendant will be held responsible for 3 percent of her net wages. If the defendant is unemployed or receiving public assistance, the defendant shall be held responsible for a co-payment of $10 per month. Payments shall be made on a per visit basis, and shall not exceed the contract price;   and

The defendant shall not consume alcoholic beverages or any mood altering substances, which overrrides the no excessive use of alcohol language in Standard Condition #7.

Judgment — Page __5__ of ___5___

DEFENDANT:       BRANDIE SOTO aka Brandie Folres
CASE NUMBER:     3:01CR00087(03)RM

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTAL** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant shall make special assessment payment(s) payable to Clerk, U.S. District Court, 102 Robert A. Grant Federal Building, 204 S. Main Street, South Bend, Indiana 46601.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00087-RLM-3
### Internal Use Only

Case title: USA v. Mishler, et al

Date Filed: 11/15/2001
Date Terminated: 01/08/2003

Assigned to: Judge Robert L Miller Jr

## Defendant

**Brandie Soto** (3)                           represented by **Mark S Lenyo**
*TERMINATED: 01/08/2003*                        722 E Colfax Ave
*also known as*                                 South Bend, IN 46617
Brandie Folres                                  574-233-8470
*also known as*                                 Fax: 574-233-8726
Brandie Flores                                  Email: lenyolaw@sbcglobal.net
                                                *TERMINATED: 01/08/2003*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By K. Cather
DEPUTY CLERK
Date 8/13/07

## Pending Counts

18:1952(a)(3) and 2
RACKETEERING -
TRANSPORTING IN AID OF
(13)

## Disposition

defendant sentenced to a term of imprisonment of 60 months, to be followed by a 2yr supervised release term, with conditions; defendant to pay a $100 special assessment due immediately and made payable to Clerk, U.S. District Court; defendant re manded to custody of USM/SB.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | order for dismissal of counts 1,2,8 and 15 on government motion GRANTED |
| 18:1956(a)(1)(A)(i) and 2 MONEY LAUNDERING-CONTROLLED SUBSTANCE-SELL (2) | order for dismissal of counts 1,2,8 and 15 on government motion GRANTED |
| 18:1956(a)(1)(A)(i) and 2 MONEY LAUNDERING - CONTROLLED SUBSTANCE - SELL/DISTR/DISP (8) | order for dismissal of counts 1,2,8 and 15 on government motion GRANTED |
| 18:1956(a)(1)(A)(i) and 2 MONEY LAUNDERING - CONTROLLED SUBSTANCE - SELL/DISTR/DISP (15) | order for dismissal of counts 1,2,8 and 15 on government motion GRANTED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Miscellaneous Party**

**Marco Antonio Valadez**                    represented by **Marco Antonio Valadez**
400 Carlton Road
Watsonville, CA 95076
PRO SE

---

**Miscellaneous Party**

**Julio Valadez**                    represented by **Julio Valadez**

CJ-ST JOSEPH
St Joseph County Jail
401 West Sample Street
South Bend, IN 46601
574-245-6518
PRO SE

---

**Miscellaneous Party**

**Daniel Soto**                                    represented by    **Daniel Soto**
                                                                    40021-018
                                                                    CJ-ST JOSEPH
                                                                    St Joseph County Jail
                                                                    401 West Sample Street
                                                                    South Bend, IN 46601
                                                                    574-245-6518
                                                                    PRO SE

---

**Miscellaneous Party**

**Brent A Mishler**                                represented by    **Brent A Mishler**
                                                                    07047-027
                                                                    CJ-ST JOSEPH
                                                                    St Joseph County Jail
                                                                    401 West Sample Street
                                                                    South Bend, IN 46601
                                                                    574-245-6518
                                                                    PRO SE

---

**Plaintiff**

**United States of America**                       represented by    **Barbara Z Brook - AUSA**
                                                                    US Attorney's Office - SB/IN
                                                                    M01 Federal Building
                                                                    204 S Main Street
                                                                    South Bend, IN 46601-2191
                                                                    574-236-8287
                                                                    Fax: 574-236-8155
                                                                    Email: barbara.brook@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2001 | 1 | INDICTMENT by USA. Counts filed against Brent A Mishler (1) count(s) 1, 7, 16, Tracie Samuels (2) count(s) 1, 4, Brandie Soto (3) count(s) 1, 2, 8, 13, 15, Daniel Soto (4) count(s) 1 thru 20, Julio Valadez (5) count(s) 1, 5, 10, 11, 19, Marco Antonio Valadez (6) count(s) 1, 17, 18, 19 (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 2 | PRAECIPE FOR WARRANT by plaintiff USA as to dft Julio Valadez (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 3 | PRAECIPE by plaintiff USA as to dft Brent Mishler (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 4 | PRAECIPE for warrant by plaintiff USA as to dft Tracie Samuels (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 5 | PRAECIPE for warrant by plaintiff USA as to dft Brandie Soto (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 6 | PRAECIPE for warrant by plaintiff USA as to dft Daniel Soto (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 7 | PRAECIPE for warrant by plaintiff USA as to dft Marco Antonio Valadez (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 8 | MOTION to seal case by USA as to Brent A Mishler, Tracie Samuels, Brandie Soto, Daniel Soto, Julio Valadez, Marco Antonio Valadez (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | | ARREST Warrant issued for Brandie Soto by Christopher A. Nuechterlein (sealed) (Entered: 11/15/2001) |
| 11/15/2001 | 9 | ORDER by Mag Judge Christopher A. Nuechterlein granting motion to seal case [8-1] sealing case Number of pages: 1 (cc: all counsel) (sealed) (Entered: 11/15/2001) |
| 12/04/2001 | | (Court only) (Utility) Location Release as to defendant Brandie Soto (sdf) (Entered: 01/17/2002) |
| 12/14/2001 | 12 | APPOINTMENT of Federal Community Defender for defendant Brandie Soto (sealed) (Entered: 12/17/2001) |
| 12/19/2001 | 16 | ARREST Warrant returned executed as to Brandie Soto on 12/4/01 (sealed) (Entered: 12/19/2001) |
| 12/26/2001 | 20 | PETITION FOR WRIT HCAP for initial appearance on 1/4/02 |

| | | |
|---|---|---|
| | | at 2:00 pm by plaintiff USA as to Brent Mishler (sealed) (Entered: 12/27/2001) |
| 12/26/2001 | 21 | WRIT HCAP issued by Mag J Christopher A. Nuechterlein granting motion PETITION FOR WRIT HCAP for initial appearance on 1/4/02 at 2:00 pm [20-1] as to Brent Mishler (cc: USM, USA) (sealed) (Entered: 12/27/2001) |
| 01/04/2002 | 25 | ARRAIGNMENT: before Christopher A. Nuechterlein dft Tracie Samuels(2) w/cnsl J Stevens, FCD; Brandie Soto(3) w/cnsl Mark Lenyo; Arraigned; NOT GUILTY PLEAS entered as to all counts w/regard to Samuels (2); Soto (3); Marco Antonio Valadez (6) w/o cnsl; Marco Valadez(6) completes Finl Afdt; Court GRANTS appt for cnsl; Matter referred to FCD for Recommendation of Cnsl; Dft Valadez (6) is advised of const rights and wvs rights as to cnsl being present for arraignment; Court enters NOT GUILTY PLEA as to all counts as to dft Valadez (6); Dft Valadez (6) request modification as to condition release; Court GRANTED modification and defendant is GRANTED travel within the State of California, MUST notify PTS prior to travel; pretrial motions due on 1/24/02 for Tracie Samuels, for Brandie Soto, for Marco Antonio Valadez ;(1 wk)jury trial set for 9:30 3/25/02 for Tracie Samuels, for Brandie Soto (Copy of Pretrial conditions attached to min entry), for Antonio Valadez before Judge Robert L. Miller Jr (Tape 02-02) (sealed) Modified on 01/17/2002 (Entered: 01/04/2002) |
| 01/04/2002 | 27 | ORDER by Christopher A. Nuechterlein granting motion for order providing transportation funds [26-1] (cc: all counsel) (sealed) (Entered: 01/04/2002) |
| 01/04/2002 | | (Court only) case unsealed (sealed) (Entered: 01/04/2002) |
| 01/07/2002 | 32 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney for defendant Brandie Soto (slm) (Entered: 01/07/2002) |
| 01/14/2002 | 36 | ORDER ON DISCOVERY by Christopher A. Nuechterlein as to Brent Mishler (1) and Daniel Soto (4) Number of pages: 6 (cc: all counsel) (slm) (Entered: 01/15/2002) |
| 01/14/2002 | 37 | ORDER on Discovery by Christopher A. Nuechterlein as to Tracie Samuels (2), Brandie Soto (3) and Marco Antonio Valadez (6) Number of pages: 6 (cc: all counsel) (slm) (Entered: 01/15/2002) |
| | | |

| | | |
|---|---|---|
| 01/17/2002 | 38 | MINUTES: before Christopher A. Nuechterlein of Julio Valadez (5) appearing w/o counsel; AUSA by Barbara Brook; Matter is referred to Federal Community Defenders for appointment or recommendation of counsel as to defendant Julio Valadez; Defendant is remanded to custody of USM; arraignment set for 2:00 1/22/02 for Julio Valadez before Christopher A. Nuechterlein (Crt Rptr Geneva Sones) (slm) (Entered: 01/17/2002) |
| 01/17/2002 | 39 | DETENTION HEARING HELD: before Christopher A. Nuechterlein of Daniel Soto (4) w/cnsl Brian May; AUSA by Barbara Brook; Defendant waives detention hearing and stipulates to Detention; Defendant is remanded to custody of USM;(crt rptr Geneva Sones) (Tape 02-06) (slm) (Entered: 01/17/2002) |
| 01/22/2002 | 43 | MOTION to extend time to/including 2/7/02 to file pretrial motions by Brandie Soto (sdf) (Entered: 01/22/2002) |
| 01/24/2002 | 48 | ORDER by Judge Robert L. Miller Jr granting motion to extend time to/including 2/7/02 to file pretrial motions [43-1] ; pretrial motions due on 2/7/02 for Brandie Soto Number of pages: 1 (cc: all counsel) (sdf) (Entered: 01/24/2002) |
| 02/07/2002 | 51 | ORDER by Judge Robert L. Miller Jr granting motion to extend time an additional 20 days to file motions [50-1] ; pretrial motions due on 2/25/02 for Brent A Mishler Number of pages: 1 (cc: all counsel) (sdf) (Entered: 02/08/2002) |
| 02/15/2002 | 52 | NOTICE TO PROCEED UNDER LOCAK CRIMINAL RULE 12.1 by plaintiff USA (sdf) (Entered: 02/15/2002) |
| 02/21/2002 | 57 | ORDER by Judge Robert L. Miller Jr granting motion to substitute counsel for defendant Julio Valadez [53-1] granting motion for additional time to file pretrial motions [53-2] ; pretrial motions due on 3/21/02 for Julio Valadez Number of pages: 1 (cc: all counsel) (sdf) (Entered: 02/21/2002) |
| 02/28/2002 | 60 | NOTICE ; change of plea hearing set for 3:00 3/6/02 for Brandie Soto (cc: all counsel) (sdf) (Entered: 03/01/2002) |
| 02/28/2002 | 61 | PETITION FOR WRIT HCAT by plaintiff USA as to Michael Douglas (sdf) (Entered: 03/01/2002) |
| 02/28/2002 | 62 | PETITION FOR WRIT HCAT by plaintiff USA as to Joshua Rollins (sdf) (Entered: 03/01/2002) |
| | | |

| 03/04/2002 | 64 | WRIT HCAT issued by Judge Robert L. Miller Jr as to inmate Michael Douglas(cc: USM) (sdf) (Entered: 03/05/2002) |
| 03/04/2002 | 65 | WRIT HCAT issued by Judge Robert L. Miller Jr as to inmate Joshua Rollins(cc: USM) (sdf) (Entered: 03/05/2002) |
| 03/06/2002 | 66 | PETITION TO ENTER A CHANGE OF PLEA on count 13 as to Brandie Soto(03) (arl) (Entered: 03/06/2002) |
| 03/06/2002 | 67 | CHANGE OF PLEA HEARING as to defendant Brandie Folres(03) before Judge Robert L. Miller Jr: change of plea hearing held on 3/6/02; Maximum penalty 5yrs/$250,000 plus a 3yr supervised and a $100 special assessment; guilty plea entered as to count 13 and the court ACCEPTS the guilty plea; sentencing hearing set for 9:00 6/7/02 for Brandie Folres before Judge Robert L. Miller Jr; jury trial date of 3/6/02 is hereby VACATED as to this defendant. Low, crt rptr. (cc: AUSA, USM, USPO, Lenyo, Folres) (arl) (Entered: 03/06/2002) |
| 03/13/2002 | 73 | RESPONSE by plaintiff USA to motion for a bill of particulars [71-1] (sdf) (Entered: 03/13/2002) |
| 03/14/2002 | 79 | ORDER by Judge Robert L. Miller Jr granting motion to strike change of plea setting of 3/15/02 [76-1] Number of pages: 1 (cc: all counsel) (sdf) (Entered: 03/18/2002) |
| 03/19/2002 | 83 | RECEIPT from USDC/ED of CA of docket sheet, transferral order, original case file documents for dft Brandie Soto (sdf) (Entered: 03/20/2002) |
| 03/20/2002 | 85 | MOTION HEARING HELD 3/30/02 as to defendants Julio Valadez(5) and Marco Antonio Valadez(6) before Judge Robert L. Miller Jr: Parties present; Hearing on defendants motion to continue 3/25/02 jury trial date and the government does not object and the motion is GRANTED; jury trial (5days) set for 9:30 6/17/02 Julio Valadez(05), for Marco Antonio Valadez(06) before Judge Robert L. Miller Jr; Hearing on defendant Julio Valadez(05) to reconsider the detention order set for 4/16/02 at 4:30 p.m. before Judge Robert L. Miller, Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Sana, Friedlander, J. Valadez, M. Valadez) (arl) (Entered: 03/21/2002) |
| 04/11/2002 | 89 | MEMORANDUM and Order by Judge Robert L. Miller Jr denying motion for a bill of particulars [71-1] (cc: all counsel) |

|  |  | (sdf) (Entered: 04/12/2002) |
|---|---|---|
| 04/16/2002 | 92 | MOTION/EVIDENTIARY HEARING held 4/16/02 as to defendants Julio Valadez(05) and Marco Antonio Valadez(06) before Judge Robert L. Miller Jr: Parties present; Hearing on defendant Marco Antonio Valadez(6) motion to continue 6/17/02 jury trial date - Co-defendant Julio Valadez(05) and the government do not object to motion - court GRANTS motion for continuance of trial [90-1]; For reasons stated in open court, the court enters an ends of justice finding pursuant to 18 USC 3161(h)(8); Hearing held on defendant Julio Valadez(05) motion to reconsider pretrial release; Government presents evidence; Douglas Schultz - witness; Government rest; No evidence presented by defendant Julio Valadez(05); Final arguments heard; Court takes under advisement on 4/16/02 the motion for this court to reconsider pretrial release [69-1]; jury trial (5days) continued to 9:30 7/22/02 for Julio Valadez(05), for Marco Antonio Valadez(06) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Sanan, Friedlander, J. Valadez, M. Valadez) (arl) (Entered: 04/17/2002) |
| 05/08/2002 | 94 | PRAECIPE FOR SUMMONS by plaintiff USA as to defendant Marco Antonio Valadez (sdf) (Entered: 05/09/2002) |
| 05/08/2002 | 95 | PRAECIPE FOR WARRANT by plaintiff USA as to defendant Julio Valadez (sdf) (Entered: 05/09/2002) |
| 05/16/2002 | 96 | MOTION to continue sentencing date by Brandie Soto (sdf) (Entered: 05/16/2002) |
| 05/20/2002 | 98 | ORDER by Judge Robert L. Miller Jr granting motion to continue sentencing date [96-1] ;sentencing reset for 9:00 8/23/02 for Brandie Soto Number of pages: 1 (cc: all counsel) (sdf) (Entered: 05/22/2002) |
| 05/31/2002 | 100 | ORDER ON DISCOVERY by Christopher A. Nuechterlein as to Julio Valadez (5) and Marco Valadez (6) Number of pages: 6 (cc: all counsel) (slm) (Entered: 05/31/2002) |
| 06/03/2002 | 101 | LETTER from Elaine M Brock addressed to Judge Miller re defendant Brandie Soto (sdf) (Entered: 06/04/2002) |
| 06/12/2002 | 108 | NOTICE before Judge Robert L. Miller Jr: sentencing hearing reset from 8/23/02 to 1:30 10/31/02 for Brandie Soto(03) (cc: AUSA, USM, USPO, Lenyo, Soto) (arl) (Entered: 06/12/2002) |

| 07/02/2002 | 113 | SUPPLEMENTAL NOTICE by plaintiff USA to proceed under Local Criminal Rule 12.1 (jld) (Entered: 07/02/2002) |
| 07/02/2002 | 114 | PETITION FOR WRIT HCAT by plaintiff USA as to Michael Anthony Douglas for jury trial 9/30/02 at 9:30 am re defendants Julio Valadez and Marco Anthony Valadez (mjk) (Entered: 07/03/2002) |
| 07/03/2002 | 115 | WRIT HCAT issued by Judge Robert L. Miller Jr granting PETITION FOR WRIT HCAT [114-1] as to Michael Anthony Douglas for trial of Julio Valadez and Marco Anthony Valadez on 9/30/02 at 9:30 am (cc: USA, USM, Jones, Sanan, Friedlander, Supt FCI Latuna) (mjk) (Entered: 07/03/2002) |
| 08/27/2002 | 118 | 2ND SUPPLEMENTAL NOTICE by plaintiff USA to proceed under Local Criminal Rule 12.1 (sdf) (Entered: 08/27/2002) |
| 09/19/2002 | 119 | COURT'S PROPOSED FINAL JURY Instructions by Judge Robert L Mille Jr (sdf) (Entered: 09/20/2002) |
| 09/20/2002 | 120 | PROPOSED Voir Dire Questions by plaintiff USA (sdf) (Entered: 09/20/2002) |
| 09/26/2002 | 125 | MOTION for continuance of sentencing date by Brandie Soto (sdf) (Entered: 09/27/2002) |
| 09/27/2002 | 126 | ORDER by Judge Robert L. Miller Jr granting motion for continuance of sentencing date [125-1] ;sentencing reset for 9:30am (SBT) 1/8/03 for Brandie Soto Number of pages: 1 (cc: all counsel) (sdf) (Entered: 09/30/2002) |
| 10/16/2002 | 130 | ORDER by Judge Robert L. Miller Jr granting motion to continue the sentencing hearing currently set for 10/7/02 at 1:00 [129-1] ;sentencing reset for 9:00 1/16/03 for Brent A Mishler Number of pages: 1 (cc: all counsel) (sdf) (Entered: 10/16/2002) |
| 12/12/2002 | 133 | PETITION for action on conditions of pretrial release and ORDER by Judge Robert L. Miller Jr: No punitive action shall be taken at this time against defendant Brandie Soto who is to continue with counseling & frequency of random urinalysis testing is to be increased. Defendant not to be granted the privilege of voluntary surrender when she is sentenced on 1/8/03. Number of pages: 3 (cc: all counsel) (mjk) (Entered: 12/12/2002) |
| 01/07/2003 | 139 | SENTENCING HEARING as to defendant Marco Antonio |

| | | |
|---|---|---|
| | | Valadez(06) before Judge Robert L. Miller Jr: sentencing held on 1/7/03; parties present; no objections to presentence report; court hears from parties prior to sentence; no objection to proposed sentence; defendant to report in person to designated institution not later than 9am on 2/21/03. Bonk, crt rptr. (arl) (Entered: 01/08/2003) |
| 01/08/2003 | 144 | SENTENCING hearing held as to defendant Brandie Soto aka Brandie Folres(03) before Judge Robert L. Miller Jr: sentencing held on 1/8/03 ; parties present; no objections to presentence report; court hears from parties prior to sentence; no objections to proposed sentence; defendant remanded to custody of USM. Bonk, crt rptr. (arl) Modified on 01/09/2003 (Entered: 01/09/2003) |
| 01/08/2003 | 146 | SENTENCING memorandum entered by Judge Robert L. Miller Jr as to Brandie Soto aka Brandie Folres(03) (cc: AUSA, USM, USPO, Lenyo, Soto aka Folres) (arl) (Entered: 01/09/2003) |
| 01/08/2003 | 145 | ORDER by Judge Robert L. Miller Jr dismissing counts as to Brandie Soto aka Brandie Folres(3) counts 1,2,8 and 15; order for dismissal of counts 1,2,8 and 15 on government motion GRANTED Number of pages: 1 (cc: AUSA, USM, USPO, Lenyo, Soto aka Folres, order book) (arl) (Entered: 01/09/2003) |
| 01/08/2003 | 147 | JUDGMENT and Commitment issued as to Brandie Soto aka Brandie Folres(03): sentencing Brandie Soto aka Brandie Folres(3) count 13; defendant sentenced to a term of imprisonment of 60 months, to be followed by a 2yr supervised release term, with conditions; defendant to pay a $100 special assessment due immediately and made payable to Clerk, U.S. District Court; defendant remanded to custody of USM/SB. (SE) Judge L. Miller Jr (cc: AUSA, USM,USPO, Lenyo, Soto aka Folres, order book) (arl) (Entered: 01/09/2003) |
| 01/08/2003 | | PRESENTENCE Report with Addendum and Sent Rec on Brandie Soto aka Brandie Folres(03) (copy sealed). (arl) (Entered: 01/09/2003) |
| 01/21/2003 | 153 | ORDER by Judge Robert L. Miller Jr granting motion to continue sentencing hearing scheduled for 1/21/03 for Daniel Soto [151-1] ; sentencing reset for 2/7/03 at 9:00 am (South |

| | | |
|---|---|---|
| | | Bend time)for Daniel Soto . Number of pages: 1 (cc: all counsel) (mjk) (Entered: 01/22/2003) |
| 01/21/2003 | 154 | ORDER by Judge Robert L. Miller Jr granting motion to continue sentencing hearing scheduled for 1/21/03 for Brent A Mishler [152-1] ; sentencing reset for 1/30/03 at 9:30 am (EST - South Bend time) for Brent A Mishler . Number of pages: 1 (cc: all counsel) (mjk) (Entered: 01/22/2003) |
| 01/22/2003 | 162 | CJA Form 20 (Attorney Payment Voucher) as to Brandie Soto in the amount of $2,780.00 approved by Judge Robert L. Miller, Jr. (mjk) (Entered: 02/06/2003) |
| 01/24/2003 | 157 | SEALED ORDER by Judge Robert L. Miller Jr granting motion to seal memorandum in support of motion for downward departure as to Brent A Mishler [155-1] Number of pages: 1 (cc: all counsel) (mjk) Modified on 01/29/2003 (Entered: 01/27/2003) |
| 01/24/2003 | 158 | SEALED ORDER by Judge Robert L. Miller Jr granting motion to seal memorandum in support of motion for downward departure as to Daniel Soto [156-1] Number of pages: 1 (cc: all counsel) (mjk) Modified on 01/29/2003 (Entered: 01/27/2003) |
| 01/30/2003 | 159 | HEARING: before Judge Robert L. Miller Jr Deft Mishler filed last minute sentencing memorandum; Govt gives exhibits 1 thru 7 to Judge for review for sentencing; Sentencing reset for 1:30 2/6/03 for Brent A Mishler; Deft remanded to USM (saj) Modified on 01/30/2003 (Entered: 01/30/2003) |
| 02/06/2003 | 163 | SENTENCING hearing as to defendant Brent A. Mishler(01) before Chief Judge Robert L. Miller Jr: parties present; defendant objects to presentence report; no evidence presented; arguments heard on government motion for downward departure and GRANTS the government motion for downward departure as to Brent A Mishler based upon substantial assistance [135-1] by two levels; court hears from all parties prior to sentence; no objections to proposed sentence; defendant remanded to custody of USM/SB; sentencing held on 2/6/03 Bonk, crt rptr. (arl) (Entered: 02/07/2003) |
| 02/06/2003 | | EXHIBIT list by plaintiff USA as to defendant Brent A. Mishler(01); exhibits located in exhibit room (arl) (Entered: 02/07/2003) |
| | | |

| 02/18/2003 | 167 | SENTENCING HEARING held 2/18/03 as to defendant Daniel Soto(04) before Chief Judge Robert L. Miller Jr: parties present; no objections to presentence report; arguments heard on government motion for downward departure; court GRANTS government motion for downward departure as to Daniel Soto(04)[136-1] court hears from all parties prior to sentence; no objections to proposed sentence; defendant remanded to custody of USM/SB; attorney Brian J. May orally moves to withdraw as counsel for defendant at the conclusion of sentencing hearing and the motion is GRANTED. Bonk, crt rptr. (arl) (Entered: 02/19/2003) |
|---|---|---|
| 03/10/2003 | 172 | LETTER from GL Hershberger, Regional Director, DOJ, Federal Bureau of Prisons (cc: AUSA, USM, USPO) (rmn) Modified on 03/11/2003 (Entered: 03/11/2003) |
| 04/07/2003 | | copy of presentence report as to defendant Marco Antonio Valadez (06) destroyed (arl) (Entered: 04/07/2003) |
| 04/07/2003 | | copy of presentence report as to defendant Brandie Soto (03) destroyed (arl) (Entered: 04/07/2003) |
| 04/07/2003 | | copy of presentence as to defendant Brent Allen Mishler (001) destroyed (arl) (Entered: 04/07/2003) |
| 04/07/2003 | | copy of presentence report as to defendant Daniel Soto (004) destroyed (arl) (Entered: 04/07/2003) |
| 07/17/2007 | 182 | ORDER transferring jurisdiction to the Northern District of California as to Brandie Soto. Signed by Judge Robert L Miller Jr on 7/17/07. (ksc) (Entered: 07/17/2007) |
| 07/17/2007 | 183 | Letter to Clerk, Northern District of California re 182 Transfer of Jurisdiction as to Brandie Soto. (ksc) (Entered: 07/17/2007) |
| 08/10/2007 | 184 | Probation Jurisdiction Transferred to Northern District of California as to Brandie Soto. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ksc) (Entered: 08/13/2007) |