UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: MAY 7 2008

Case No. CR-07-0521 MMC          JUDGE: **Maxine M. Chesney**

BRANDIE SOTO
DEFENDANT                        Present (✓) Not Present ( ) In Custody ( )

Lara Kroop                       Steve Kalar
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**   Reporter: James Yeomans

### PROCEEDINGS

REASON FOR HEARING   Initial Appearance on Supervised Release

RESULT OF HEARING    ∆ Admits to Charges 1, 2, & 3 of Probation Form 12 (filed 4/8/08). Court finds that ∆ has violated terms of Supervised Release - on recommendation of parties. ∆ to continue on Supervised Release. USPO - Jennifer James

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
           (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(15 min)